# In the United States Court of Federal Claims

**No. 05-1337C**
**(Filed June 1, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JEFFREY J. AND**
**ROSEMARY B. WEYMOUTH,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER STAYING PROCEEDINGS

On February 16, 2006, pursuant to Rules 1 and 7(b) of the Rules of the United States Court of Federal Claims, the parties requested that the Court stay further proceedings in this case while it remains in the Court's Alternative Dispute Resolution (ADR) pilot program. Good cause having been shown, this motion is **GRANTED.** The Court hereby stays further proceedings in this action until 14 days after the conclusion of ADR. The parties shall file a Joint Status Report every 90 days reporting on the progress of the ADR. The first such status report is due on **August 29, 2006.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**