# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JEFFREY J. & ROSEMARY B. WEYMOUTH,

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-1337**
(**Judge Mary Ellen Coster Williams**)

## JOINT STATUS REPORT

Pursuant to the Court's Order of June 1, 2006, the parties respectfully submit the following Joint Status Report to apprise the Court of the status of their efforts to resolve this and numerous closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program.

As previously reported, the parties have reached a proposed settlement agreement that has been approved by the Department of Agriculture and recommended for approval within the Department of Justice. At this time, the Department of Justice is actively engaged in the approval process. Among other things, a high-level inter-agency meeting was held recently, at which the proposed agreement was discussed in detail. The Government anticipates that a final decision whether to approve the proposed settlement will be made by April 2, 2007.

The agreement encompasses over 250 Section 515 prepayment cases pending before the Court involving approximately 800 properties – including this case. Plaintiffs formally submitted the agreement to defendant as an offer of settlement on August 23, 2006, after which status conferences with Judge Horn were held on August 25, 2006, September 27, 2006, October

19, 2006, November 16, 2006, December 8, 2006, January 9, 2007, February 13, 2007, and February 22, 2007. Defendant also filed status reports in connection with the ADR proceedings on January 8, 2007 and February 1, 2007. Most recently, Judge Horn issued an Order on February 22, 2007 which (1) requests that defendant file a status report by March 1, 2007, and (2) schedules a status conference for March 7, 2007 to further discuss the status of the settlement approval process.

Thus, the parties request that this matter continue to be stayed until the settlement agreement has been approved and executed by defendant. The parties will report to the Court once the approval process is complete.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: February 26, 2007

PETER D. KEISLER
Assistant Attorney General

**s/ Jeanne E. Davidson**

JEANNE E. DAVIDSON
Acting Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*

**Filed Electronically with the Consent of the Attorney for Defendant**